# Exhibit 2

Charted Claims:

Method Claim: 9

| US10355863 | parler.com ("Accused Product") |
|---|---|
| 9. A method for authenticating at least one web page, the method comprising: storing at least one authenticity stamp in a preferences file located in a file location; | The accused product practices a method for authenticating at least one web page (e.g., web page of the accused product), the method comprising: storing at least one authenticity stamp (e.g., user image) in a preferences file (e.g., user profile file) located in a file location (e.g., location of the user image in the server of the accused product). <br><br> As shown below, the accused product is a website that presents information (web pages) to users. An image associated with the user is stored in a profile file on a server of the accused product. <br><br>  <br><br> https://www.parler.com/ |



https://app.parler.com/login



https://app.parler.com/feed



https://m.cdnparler.com/production/01hpf6qqhqnpgpdehsqtqre8wx/pq/nf/
01kgewkshgpp4hkwxsfqtxpqnf/01kgewkshgpp4hkwxsfqtxpqnf.jpeg?width=150

| creating, by one or more designated servers, an authenticity key with information to locate the preferences file; | The accused product practices creating, by one or more designated servers (e.g., servers of accused product), an authenticity key (e.g., key related to the URL) with information to locate the preferences file (e.g., user profile file).<br><br>As shown below, when a profile image is provided to the accused product, it creates an authenticity key (key related to the URL). |
| --- | --- |



https://m.cdnparler.com/production/01hpf6qqhqnpgpdehsqtqre8wx/pq/nf/01kgewkshgpp4hkwxsfqtxpqnf/01kgewkshgpp4hkwxsfqtxpqnf.jpeg?width=150

| | |
|---|---|
| receiving, at the one or more designated servers, a request from a client computer for the at least one web page; | The accused product practices receiving, at the one or more designated servers (e.g., servers of accused product), a request from a client computer (e.g., user computer) for the at least one web page (e.g., web page of the accused product).<br><br>As shown below, the accused product is a website that presents information (web pages) to users. When a user requests a specific web page, the accused product's servers retrieve and display it on the user's computer. |



https://app.parler.com/username/counter%20strike

| creating, by the one or more designated servers, formatted data corresponding to the requested at least one web page; and | The accused product practices creating, by the one or more designated servers (e.g., servers of accused product), formatted data (e.g., structured web page data) corresponding to the requested at least one web page (web page of the accused product).

As shown below, the accused product is a website that presents information (web pages) to users. When a user requests a specific web page, the accused product's servers retrieve the web page and display the structured web page on the user's computer. |



https://app.parler.com/username/counter%20strike



https://app.parler.com/username/counter%20strike

| | |
|---|---|
| receiving, at the one or more designated servers, a request for the authenticity key used to locate the preferences file; | The accused product practices receiving, at the one or more designated servers (e.g., servers of accused product), a request for the authenticity key (e.g., key related to the URL) used to locate the preferences file (e.g., user profile file).

As shown below, when a request for a webpage is made by the client computer, a request related to the authenticity key is also sent to the server as it sends the authenticity key in the HTML source code. |



https://app.parler.com/kevingarvy32

<table>
<tr>
<td></td>
<td><br><br>https://m.cdnparler.com/production/01hpf6qqhqnpgpdehsqtqre8wx/pq/nf/<br>01kgewkshgpp4hkwxsfqtxpqnf/01kgewkshgpp4hkwxsfqtxpqnf.jpeg?width=150</td>
</tr>
<tr>
<td>sending, by the one or more designated servers, the formatted data to the client computer;</td>
<td>The accused product practices sending, by the one or more designated servers (e.g., servers of accused product), the formatted data (e.g., structured web page data) to the client computer (e.g., user computer).<br><br>As shown below, the accused product is a website that presents information (web pages) to users. When a user requests a specific web page, the accused product's servers retrieve and display it on the user's computer.</td>
</tr>
</table>



https://app.parler.com/username/counter%20strike



https://app.parler.com/username/counter%20strike

| providing, by the one or more designated servers, the authenticity key for processing to determine the file location of the preferences file; | The accused product practices providing, by the one or more designated servers (e.g., servers of accused product), the authenticity key (e.g., key related to the URL) for processing to determine the file location of the preferences file (e.g., user profile file). As shown below, when a request for a webpage is made by the client computer, a request related to the authenticity key is also sent to the server as it sends the authenticity key in the HTML source code. |
| --- | --- |



https://m.cdnparler.com/production/01hpf6qqhqnpgpdehsqtqre8wx/pq/nf/
01kgewkshgpp4hkwxsfqtxpqnf/01kgewkshgpp4hkwxsfqtxpqnf.jpeg?width=150



https://app.parler.com/kevingarvy32

| | |
|---|---|
| processing the authenticity key to determine the file location of the preferences file; | The accused product practices processing the authenticity key (e.g., key related to the URL) to determine the file location of the preferences file (e.g., user profile file).

As shown below, when a request for a webpage is made by the client computer, a request related to the authenticity key is also sent to the server as it sends the authenticity key in the HTML source code. |



https://m.cdnparler.com/production/01hpf6qqhqnpgpdehsqtqre8wx/pq/nf/
01kgewkshgpp4hkwxsfqtxpqnf/01kgewkshgpp4hkwxsfqtxpqnf.jpeg?width=150



https://app.parler.com/kevingarvy32

| | |
|---|---|
| locating the preferences file in the file location; | The accused product practices locating the preferences file (e.g., user profile file) in the file location (e.g., Location of the user image in the server of the accused product).

As shown below, the accused product is a website that presents information (web pages) to users. When a user requests a specific web page, the accused product's servers retrieve and display it on the user's computer. Along with the web page, the user's image, retrieved from their profile stored on the accused product's server, is also displayed. |



https://m.cdnparler.com/production/01hpf6qqhqnpgpdehsqtqre8wx/pq/nf/01kgewkshgpp4hkwxsfqtxpqnf/01kgewkshgpp4hkwxsfqtxpqnf.jpeg?width=150

| retrieving the at least one authenticity stamp from the preferences file; and | The accused product practices retrieving the at least one authenticity stamp (e.g., user image) from the preferences file (e.g., user profile file).<br><br>As shown below, the accused product is a website that presents information (web pages) to users. When a user requests a specific web page, the accused product's servers retrieve and display it on the user's computer. Along with the web page, the user's image, retrieved from their profile stored on the accused product's server, is also displayed. |
|---|---|



https://m.cdnparler.com/production/01hpf6qqhqnpgpdehsqtqre8wx/pq/nf/01kgewkshgpp4hkwxsfqtxpqnf/01kgewkshgpp4hkwxsfqtxpqnf.jpeg?width=150



https://app.parler.com/username/counter%20strike

| | |
|---|---|
| enabling the at least one authenticity stamp to be displayed with a representation of the formatted data on a display of the client computer. | The accused product practices enabling the at least one authenticity stamp (e.g., user image) to be displayed with a representation of the formatted data (e.g., structured web page data) on a display of the client computer (e.g., user computer).<br><br>As shown below, the accused product is a website that presents information (web pages) to users. When a user requests a specific web page, the accused product's servers retrieve and display it on the user's computer. Along with the web page, the user's image, retrieved from their profile stored on the accused product's server, is also displayed. |



https://app.parler.com/username/counter%20strike